# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 10, 2011

*Before*

RICHARD A. POSNER, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

No. 10-3746

| | |
|---|---|
| JAYNE A. MATHEWS-SHEETS, | Appeal from the United States |
|     *Plaintiff-Appellant*, | District Court for the Southern |
| | District of Indiana, Indianapolis |
|     *v.* | Division. |
| | |
| MICHAEL J. ASTRUE, Commissioner | No. 1:08-cv-1426-WTL-DML |
| of Social Security, | |
|     *Defendant-Appellee*. | William T. Lawrence, *Judge*. |

## O R D E R

On page 7 of the slip opinion in this case issued on August 8, 2011, the following passage appears:

"The government's brief in response said it was too much. The lawyer replied that it wasn't too much because inflation brought the $125 statutory presumptive maximum to $170 in real terms. That was a non sequitur; a cost of living adjustment that raised the statutory fee to $170 provided no basis for an award of $225."

The passage is hereby stricken and the following substituted:

"He based his request for that fee on prevailing rates, without explicit mention of cost of living. The government's brief in response said he was asking for too much. This opened the way for him to reply that it wasn't too much because inflation brought the $125 statutory presumptive maximum to $170 in real terms. This was a permissible reply, not a forfeited argument, though it was incomplete and even a non sequitur; a cost of living adjustment that raised the statutory fee to $170 provided no basis for an award of $225."